**Dismissed and Memorandum Opinion filed April 23, 2015.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-15-00089-CV

---

## ALBERT ROBINSON AKA ALBERT M. ROBINSON, ET AL, Appellants

### V.

## HARRIS COUNTY, ET AL, Appellees

---

**On Appeal from the 281st District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-49892**

---

## M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 19, 2014. The notice of appeal was filed January 15, 2015. To date, our records show that appellant has not paid the appellate filing fee. *See* Tex. R. App. P. 5 (requiring payment of fees in civil cases unless indigent); Tex. R. App. P. 20.1 (listing requirements for establishing indigence); *see also*; Tex. Gov't Code Ann. § 51.207. In addition, the

clerk responsible for preparing the record in this appeal informed the court appellant did not make arrangements to pay for the record.

On March 19, 2015, this court ordered appellant to pay the appellate filing fee on or before April 3, 2015, or the appeal would be dismissed. On March 27, 2015, notification was transmitted to all parties of the court's intention to dismiss the appeal for want of prosecution unless, within fifteen days, appellant paid or made arrangements to pay for the record and provided this court with proof of payment. *See* Tex. R. App. P. 37.3(b).

Appellant has not paid the filing fee or provided this court with proof of payment for the record. Accordingly, the appeal is ordered dismissed. *See* Tex. R. App. P. 42.3(c).

PER CURIAM

Panel consists of Justices Christopher, Brown, and Wise.